UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV -3 PM 4: 46

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR 406-186 |
| CLINTON EUGENE WILLIAMS, | ) |
| Defendant. | ) |

## ORDER

After a careful, <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly, Defendant Williams's Motion to Dismiss (Doc. 8) is **DENIED**.

So ORDERED.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: November 3, 2006